UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Mag. No. 13-7043

UNITED STATES OF AMERICA v. LARRY BROWN
                                              Defendant
PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. LARRY BROWN, DOB: 3/7/1990, FBI# 527248PC2 is now confined in Essex County Jail.

2. Said individual will be required at United States District Court, before the Honorable Cathy L. Waldor, Wednesday, January 23rd, 2013 at 2:00 p.m. for his Initial Appearance, in the above captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: January 17, 2013

Assistant United States Attorney
Petitioner Lisa M. Colone

ORDER FOR WRIT: Let the Writ Issue

DATED: 1/17/13

HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

WRIT OF HABEAS CORPUS: The United States of America to

WARDEN, ESSEX COUNTY JAIL
WE COMMAND YOU, that you have the body of Larry Brown, now confined in Essex County Jail brought to the United States District Court before the Honorable Cathy L. Waldor in Newark, New Jersey on Wednesday, January 23rd at 2:00 p.m., for an Initial Appearance, in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Cathy L. Waldor
United States Magistrate Judge at Newark, N.J.

DATED:

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
              Deputy Clerk